**Fill in this information to identify the case:**

Debtor 1    Johnny Alec Stallings

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas

Case number 22-30592-swe13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust

**Court claim no.** (if known):    4-1

**Last 4 digits** of any number you use to identify the debtor's account:    5442

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: 2022-09-13

## Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ 0 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0 |
| 3. | Attorney Fees | | (3) | $ 0 |
| 4. | Filing fees and court costs | | (4) | $ 0 |
| 5. | Bankruptcy/Proof of claim fees | 06/09/2022 | (5) | $ 800.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0 |
| 7. | Property inspection fees | | (7) | $ 0 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0 |
| 11. | Other. Specify: | | (11) | $ 0 |
| 12. | Other. Specify: | | (12) | $ 0 |
| 13. | Other. Specify: | | (13) | $ 0 |
| 14. | Other. Specify: | | (14) | $ 0 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Johnny Alec Stallings | | Case Number (if known) | 22-30592-swe13 |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

## Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Jennine Hovell-Cox                   Date   09/13/2022

Signature

Print:  Jennine Hovell-Cox                  Title   Bankruptcy Attorney

Company  Ghidotti | Berger LLP

Address  1920 Old Tustin Avenue
Number          Street
Santa Ana, CA 92705
City        State        Zip Code

Contact phone  (949) 427-2010           Email   bknotifications@ghidottiberger.com

| Invoice Date |
|---|
| 06/10/2022 |





| Invoice Number |
|---|
| |

Bill To: LPS/Invoice Management

**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
www.GhidottiBerger.com

Rushmore Loan Management Services
15480 Laguna Canyon Rd
Ste 100
Irvine, CA 92618

RE: Rushmore Loan Management Services
vs. Johnny Alec Stallings
Case Ref Number: 22-30592-swe13
Property Address: 402 E. Brin Street, Terrell, TX 75160
OURFILE:
Loan #
Investor: PRP
Area of Law:     Bankruptcy                                              Attorney: Erica Loftis -BK Staff Atty
                BK POC

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| **DATE** | **COST DESCRIPTION** | **AMOUNT** |
| 06/10/2022 | Postage (Non-Recoverable) | $3.16 |

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 06/09/2022 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim (Recoverable) | $550.00 |
| 06/09/2022 | 2019 Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History (Recoverable) | $250.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $800.00 |
| Total Costs This Invoice | $3.16 |
| Total Fees and Costs This Invoice | $803.16 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $803.16 |

Thank you for the opportunity to be of service.

Jennine Hovell-Cox (SBN 24002313)
GHIDOTTI | BERGER LLP
9720 Coit Road, Suite 220-228
Plano, TX 75025
Ph:  (949) 427-2010
Fax: (469) 713-3194
bknotifications@ghidottiberger.com


Attorney for Secured Creditor,
U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CASE NO.:  **22-30592** |
| | ) | |
| **Johnny Alec Stallings** | ) | CHAPTER 13 |
| | ) | |
| Debtor (s). | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I am employed in the City of Plan, State of Texas.  I am over the age of eighteen and not a party to the within action.  My business address is: 9720 Coit Road, Suit 220-228, Plano, TX 75025.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On 09/13/2022, the following documents described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* on the interested parties in this action by / placing a true and correct copy thereof in a sealed envelope addressed as follows:

_xx___(via First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

**DEBTOR(S):**

**Johnny Alec Stallings**
402 E. Brin Street
Terrell, TX 75160-2715

**TRUSTEE(S) / TRUSTEE(S) COUNSEL(S):**

**Thomas Powers**
105 Decker Court, Ste 1150
Irving, TX 75062

**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202

_xx___Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California.

**COUNSEL(S) FOR DEBTOR(S):**

**Richard D. Kinkade**
Email: richard_kinkade@hotmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 09/13/2022 at Plano, TX.

/s/ *Jennine Hovell-Cox*
Jennine Hovell-Cox

2
CERTIFICATE OF SERVICE